C04-5248 SBA (BZ)

Honorable Bernard Zimmerman
August 21, 2006
Page 3

  At the end of the day, what we ask the Court to do is the following. We ask that the Court use whatever means it deems appropriate to encourage the Defendants and all relevant insurers to comply with the November 16, 2005 Order TODAY! That would include making a specific settlement offer, and engaging in discussions concerning this topic today and tomorrow. It is 3:00 p.m. on the East Coast as we send this letter.

  We thank the Court for its attention to this matter.

Very truly yours,

Leland P. Schermer

Enclosure

cc: Robert P. Andris, II, Esq. (via telecopier; w/encl.)
   Elise R. Vasquez, Esq. (via telecopier; w/encl.)
   Amy K. Gruber, Esq. (via telecopier; w/encl.)
   Richard N. Freeth, Esq. (via telecopier; w/encl.)
   (Counsel for Defendants)

*Denied. The court will address defendants' apparent failure to comply with this Court's settlement conference order at the conference and issue an order to show cause if necessary. 21 Aug 06. Bernard Zimmerman*