**United States District Court**
For the Northern District of California

1
2
3
4
5                    IN THE UNITED STATES DISTRICT COURT
6                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8    COSTELL N. AKRIE,                        No. C-04-05248 SBA (EDL)
9            Plaintiff,                       **ORDER FOLLOWING SETTLEMENT
                                              CONFERENCE**
10      v.
11   AVIS RENT A CAR SYSTEM,INC., et al.,
12           Defendants.
                                        /
13
14       This matter was previously referred to Magistrate Judge Zimmerman for settlement. The
15   parties appeared on August 25, 2006 for their settlement conference  before the undersigned.
16   Defendant's insurance representative shall contact the Court by telephone no later than August 29,
17   2006 with an update on defendants' response to plaintiff's demand.
18   **IT IS SO ORDERED.**
19
20   Dated: August 28, 2006
21                                            _____
                                              ELIZABETH D. LAPORTE
22                                            United States Magistrate Judge
23
24
25
26
27
28