UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COSTELL N. AKRIE,

        Plaintiff,

    v.

AVIS RENT A CAR SYSTEM,INC., et al.,

        Defendants.
                                        /

No. 04-05248 SBA (EDL)

NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a further settlement conference is scheduled for September 13, 2006, at 2:00 p.m., Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Lead counsel who will try the case shall appear at the Settlement Conference with the parties and with the person or persons having full authority to negotiate and to settle the case. The individuals present during the settlement conference held on August 25, 2006 shall be in attendance. Stephen McCarthy, or a higher level representative of the insurer, with full authority to settle for policy limits without the need to contact anyone else, shall be in attendance. Defendant Avis' client representative is excused from personally attending. Mr. Crosby is ordered to convey to Big Foote that its chief executive or other suitable high level executive is invited and encouraged by the Court to attend.

The parties may, but are not required to, submit updated settlement conference statements no later than September 12, 2006 at 8:30 a.m. The parties shall notify Magistrate Judge Laporte's

Courtroom Deputy **immediately** at (415) 522-3694 if this case settles prior to the date set for further settlement conference.

Dated: September 7, 2006

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge