**United States District Court**
For the Northern District of California

1
2
3
4
5

IN THE UNITED STATES DISTRICT COURT

6

FOR THE NORTHERN DISTRICT OF CALIFORNIA

7
8 COSTELL N. AKRIE,                                  No. C-04-05248 SBA (EDL)

9          Plaintiff,                                **FURTHER ORDER REGARDING
                                                       ATTENDANCE AT SETTLEMENT**
10   v.                                              **CONFERENCE**

11 AVIS RENT A CAR SYSTEM,INC., et al.,

12          Defendants.
                                          /
13

14       The Court has received a letter from defense counsel stating that Marine Mutual's

15 representative Mr. McCarthy recently suffered eye injuries which prevent him from attending the

16 September 13, 2006 settlement conference, while Marine Mutual's Chief Underwriting Officer is

17 involved in depositions in Chicago, and a letter from Plaintiff's counsel responding thereto.  At this

18 late date, because a number of other individuals are already scheduled to travel to the conference,

19 Ms. Devina Joiner is ordered to be present at the settlement conference on September 13, 2006 at

20 2:00 p.m. instead, with full authority to settle.  Mr. McCarthy and the Chief Underwriting Officer

21 shall be available by telephone.

22 **IT IS SO ORDERED.**

23 Dated: September 11, 2006

24                                                   ELIZABETH D. LAPORTE
                                                     United States Magistrate Judge
25
26
27
28