```
 1
 2                          UNITED STATES DISTRICT COURT
 3                        NORTHERN DISTRICT OF CALIFORNIA
 4
    AKRIE,                          )         No. C04-05248 SBA
 5                  Plaintiff,      )
                                    )         ORDER DISMISSING ACTION
 6       vs.                        )
                                    )
 7   AVIS RENT A CAR                )
    SYSTEM,INC., ET AL,             )
 8                                  )
                    Defendant.      )
 9                                  )
    _____
10
11
            The Court having been notified of the settlement of
12
    this action, and it appearing that no issue remains for the
13
    Court's determination,
14
            IT IS HEREBY ORDERED THAT this action and all claims
15
    asserted herein are DISMISSED.
16
17
            IT IS SO ORDERED.
18
    DATED: 9/14/06
19
                                    _____
20                                       SAUNDRA BROWN ARMSTRONG
                                         United States District Judge
21
```